FILED
CLERK, U.S. DISTRICT COURT
4/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00177-AB |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 1341, 1346, 2(b): Honest Services Mail Fraud] |
| JOVANA TAMEKA NETTLES, | |
| Defendant. | |

The Acting United States Attorney charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 1341, 1346, 2(b)]

A. INTRODUCTORY ALLEGATIONS

1. Defendant JOVANA TAMEKA NETTLES was a California Department of Motor Vehicles employee who began working for the California DMV on March 10, 2004, and resigned on March 14, 2018. From March 2, 2015, until her resignation on March 14, 2018, defendant worked as a manager in the Lincoln Park office of the California DMV. As a result of the positions that defendant NETTLES held, she owed a fiduciary duty to the citizens of the State of California and to the California DMV.

///

B.   THE SCHEME TO DEFRAUD

    2.   Beginning on an unknown date and continuing to on or about January 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant NETTLES, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud the California DMV and the citizens of the State of California of their right to the honest services of their public officials by means of bribery, materially false and fraudulent pretenses and representations, and the concealment of material information.

    3.   The scheme to defraud operated, in substance, in the following manner:

        a.   Brokers would identify and solicit people who wanted a driver's license issued by the California DMV, but who were unable to pass the written test, driving test, or both, as legally required to validly obtain a driver's license.

        b.   Brokers would negotiate prices the driver's license applicants would pay in cash in exchange for fraudulently receiving passing scores on the written test, driving test, or both, in order to obtain a California driver's license that they were not otherwise eligible to receive.

        c.   Brokers would contact a DMV employee co-conspirator and agree to pay that DMV employee a cash bribe so that driver's license applicants could ultimately obtain a driver's license without taking or passing some or all of the necessary tests.

        d.   That DMV employee, in turn, would solicit the services of, and arrange for the payment of a portion of, the cash bribes to different California DMV employees, who would make fraudulent entries

in California DMV computer records to indicate that an applicant had passed the required tests without the applicant actually taking or passing those tests.  One of those other DMV employees, T.R., then subcontracted some of the fraud work to defendant NETTLES.  Defendant NETTLES would then fraudulently enter passing scores for applicants and issue instructional permits for those applicants, even though the applicants had not taken or passed the required tests.

   e. The other California DMV employees would agree to accept cash bribes in exchange for making the fraudulent entries and would themselves log into the DMV database, access the driver's license applicant records using a DMV credential identification number, and make the fraudulent entries.

   f. Thereafter, the DMV employee would pay a portion of the cash bribes received from the brokers to the other California DMV employees in exchange for making the fraudulent entries and, in the case of T.R., T.R. would then pay at least a portion of the money that she received to defendant NETTLES.

   g. As a result of the fraudulent entries that an applicant had passed the required tests, the California DMV would ultimately prepare and mail a California driver's license to the applicant that the applicant was not lawfully entitled to receive.

C.     USE OF THE MAIL

     On or about the dates listed below, within the Central District of California and elsewhere, defendant NETTLES, for the purpose of executing the above-described scheme to defraud, willfully caused the California DMV to place, in an authorized depository for mail matter to be sent and delivered by the United States Postal Service according to the directions thereon, a California driver's license to each applicant identified below, which the applicant was not legally entitled to receive and which was instead the result of defendant NETTLES accepting cash bribes to make fraudulently entries into the DMV database of test scores on the tests required for a California driver's license:

///

///

| COUNT | DATE | ITEM MAILED |
|-------|------|-------------|
| ONE | 4/14/2016 | California DMV mailed a California driver's license to L.O.V.G. |
| TWO | 7/26/2016 | California DMV mailed a California driver's license to K.C. |
| THREE | 11/10/2016 | California DMV mailed a California driver's license to R.H. |

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

ERIK M. SILBER
AMANDA M. BETTINELLI
Assistant United States Attorneys
Environmental and Community
Safety Crimes Section