

FILED
CLERK, U.S. DISTRICT COURT
4/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF<br><br>v.<br><br>JOVANA TAMEKA NETTLES,<br><br>                DEFENDANT(S | CASE NUMBER<br><br>CR No.    2:21-cr-00177-AB<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

    Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Taliesha Shunte Ratliffe</u> Case No. CR 20-137-TJH, which:

    __X__    was previously assigned to the Honorable Terry J. Hatter

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    __X__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

    Additional explanation (if any):

Dated: April 13, 2021                               /s/ *Amanda M. Bettinelli*
                                                                            AUSA AMANDA M. BETTINELLI
                                                                            Assistant United States Attorney